# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Attorneys for Movant

10-10929

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Christopher Curran and Shelley Curran | No. 2:09-bk-02101-RTB |
| Debtors. | MOTION FOR ABANDONMENT |
| HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR-16 | |
| Movant, | |
| vs. | |
| Christopher Curran and Shelley Curran, Debtors; Diane M. Mann, Trustee. | |
| Respondents. | |

COMES NOW, HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR-16 its assignees and/or successors in interest ("Movant" herein) by and through counsel undersigned, and moves the Court for an Order of Abandonment, pursuant to 11 U.S.C. 554(b) and in support thereof, states as follows:

1. Christopher Curran and Shelley Curran filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Diane M. Mann was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in County, AZ, more particularly described as:

> Lot 72, Homestead Park, a subdivision recorded in Book 709 of Maps, page 13, records of Maricopa County, Arizona

2. Debtors executed a Note secured by a Deed of Trust, dated January 3, 2006, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Further, Movant is the assignee of the Deed of Trust. The assignment of record is annexed as Exhibit "C".

3. That the debtor is in default under the terms of the Note and Deed of Trust for failure to make the installment payments due on April 1, 2009, each month thereafter. The current default amount is set forth below:

| | |
|---|---|
| 2 Monthly Payments(s) at $1,958.59 (March 1, 2010 - April 1, 2010) | $3,917.18 |
| Attorneys Fees | $400.00 |
| Accrued Late Fees | $173.18 |
| Total | $4,490.36 |

4. Movant is informed and believes and therefore alleges that the Debtors and bankruptcy estate have no equity in the property. The fair market value of the property pursuant to Debtors' Schedule "A" is $330000.00, less ten percent (10%) cost of marketing, less the first and second secured liens resulting in no equity. A true and correct copy of the Debtors' Schedule "A" is attached hereto as Exhibit "D".

5. The real property is burdensome and of inconsequential value to the estate and should therefore be abandoned.

///

///

WHEREFORE, Movant prays that this Court enter an order that the Trustee is authorized, empowered and directed to abandon all interest as trustee in the subject property, and for such other and further relief that is just and property.

RESPECTFULLY SUBMITTED this 30th day of April, 2010.

TIFFANY & BOSCO, P.A.

By/s/ MSB # 010167

    Mark S. Bosco
    Leonard J. McDonald, Jr.
    Attorneys for Movant

COPY of the foregoing mailed
This 30th day of April, 2010 to:

Christopher Curran and Shelley Curran
1485 W. Pelican Court
Chandler, AZ  85286
Debtors

Gary R. Stickell
301 E. Bethany Home Road, Suite B100
Phoenix, AZ  85012
Attorney for Debtors

Diane M. Mann
29834 N. Cave Creed Rd., #118-274
Cave Creek, AZ  85331
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

GMAC Mortgage
P.O. Box 4622
Waterloo, IA 50704-4622

By: Lisa R. Montee